# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: ) | |
| ) | Chapter 11 |
| SEMCRUDE, L.P., *et al.*, ) | Case No. 08-11525 (BLS) |
| ) | |
| Debtors. ) | (Jointly Administered) |
| ) | |
| ) | |
| J. ARON & COMPANY, ) | |
| ) | Adversary No. 09-50038 (BLS) |
| Plaintiff, ) | |
| v. ) | |
| ) | |
| SEMGROUP, L.P., *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |
| BP OIL SUPPLY COMPANY, ) | |
| ) | Adversary No. 09-50105 (BLS) |
| Plaintiff, ) | |
| v. ) | |
| ) | |
| SEMGROUP, L.P., *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |
| CONOCOPHILLIPS COMPANY, ) | |
| ) | Adversary No. 08-51457 (BLS) |
| Plaintiff, ) | |
| v. ) | |
| ) | |
| SEMCRUDE, L.P., *et al.*, ) | |
| ) | |
| Defendants. ) | |

**AMENDED NOTICE OF DEPOSITION OF J. ARON & COMPANY, BP OIL SUPPLY COMPANY, AND CONOCOPHILLIPS COMPANY OF CORPORATE REPRESENTATIVE(S) OF DEBTORS SEMGROUP, L.P. AND ITS AFFILIATES PURSUANT TO BANKRUPTCY RULE 7030(B)(6) AND RULE 30(B)(6) OF THE FEDERAL RULES OF CIVIL PROCEDURE AND AMENDED FIRST REQUEST FOR PRODUCTION OF DOCUMENTS PURSUANT TO BANKRUPTCY RULE 7034 AND RULE 34 OF THE FEDERAL RULES OF CIVIL PROCEDURE**

PLEASE TAKE NOTICE that pursuant to Bankruptcy Rule 7030(b)(6) and Fed. R. Civ. P. 30(b)(6), J. Aron & Company ("J. Aron"), BP Oil Supply Company ("BP"), and ConocoPhillips Company ("Conoco") will take the deposition upon oral examination of SemGroup, L.P. and its affiliates (the "Debtors"), before a notary public or other officer before whom depositions may be taken, at the offices of Ashby & Geddes in Wilmington, Delaware on October 15, 2009 at 9:00 am. Pursuant to Fed. R. Civ. P. 30(b)(3), the testimony will be recorded by sound, sound-and-visual, and stenographic means. The aforesaid examination will commence on the date and time set forth above and will continue from day to day thereafter, or upon such adjourned dates as may be agreed upon by the parties, until concluded. You are invited to attend and cross-examine. In addition, pursuant to Bankruptcy Rule 7034 and Fed. R. Civ. P. 34, J. Aron, BP, and Conoco hereby serve the attached request for production of documents. The request requires production of all documents and categories of documents that are specified in Attachment A that are in the possession, custody, and control of the Debtors. The Debtors shall provide all documents responsive to the request no later than October 13, 2009, at a location mutually agreed to by the parties.

## DEFINITIONS AND INSTRUCTIONS

1. "The Fourth Amended Plan" refers to the Fourth Amended Joint Plan of Affiliated Debtors Pursuant to Chapter 11 of the Bankruptcy Code, dated September 22, 2009 and as thereafter further amended.

2. "Tendered Funds" refers to the funds tendered to the Bankruptcy Code by J. Aron & Company, BP Oil Supply Company, and ConocoPhillips Company pursuant to Court orders dated June 2, 2009, June 2, 2009, and July 31, 2009.

3. "Proposed Plan" refers to each of the Debtors' proposed plans of reorganization and each amendment thereto.

3. "Producer" shall have the meaning defined in the Plan, but, for the avoidance of doubt, shall include, without limitation, the "Producer Plaintiffs" as defined in the Plan.

4. "Document" means all materials within the full scope of Bankruptcy Rule 7034 and Fed. R. Civ. P. 34 and encompasses any written or graphic matter or other means of preserving thought or expression, and all tangible things from which information can be processed or transcribed, including the originals and all non-identical copies, whether different from the original by reasons of any notation made on such copy or otherwise, including, but not limited to, e-mail, correspondence, memoranda, notes, messages, letters, telegrams, teletype, telefax, bulletins or other communications, memoranda or notes of intraoffice and interoffice telephone calls, diaries, chronological data, minutes, books, reports, charts, ledgers, invoices, work sheets, receipts, returns, computer printouts, prospectuses, financial statements, schedules,

affidavits, contracts, canceled checks, deposit slips, bank statements, wire transfer receipts and confirmations, transcripts, statistics, surveys, magazine or newspaper articles, releases (and any and all drafts, alterations and modifications, changes, and amendments of any of the foregoing), graphics or oral records or representations of any kind, including without limitation, photographs, charts, graphs, microfiche, microfilm, videotape, recordings, motion pictures, and electronic, mechanical, magnetic, optical, electric, or chemical recordings or representations of any kind (including without limitation, computer files and programs, tapes, cassettes, discs, recordings and metadata), as well as any medium of expressions, fixed and in tangible form.

5. "Communication" means any oral or written statement, dialogue, colloquialism, discussion, conversation or agreement.

6. The term "any and all documents" means every document or group of documents or communications as above defined known to you, and every such document or communication which can be located or discovered by reasonably diligent effort.

7. The term "concerning" means relating to, referring to, describing, evidencing or constituting.

8. The "Amended Notice" refers to the Amended Notice of Deposition of J. Aron & Company, BP Oil Supply Company, and ConocoPhillips Company of Corporate Representative(s) of Debtors SemCrude, L.P. Pursuant to Bankruptcy Rule 7030(b)(6) and Rule 30(b)(6) of the Federal Rules of Civil Procedure and Amended First Request for Production of Documents Pursuant to Bankruptcy Rule 7034 and Rule 34 of the Federal Rules of Civil Procedure.

## TOPICS FOR EXAMINATION

The matters on which examination is requested are as follows:

1. The proposed use of the Tendered Funds under the terms of the Fourth Amended Plan, including but not limited to the identity of each and every entity or individual receiving any payment or transfer of the Tendered Funds, the amount of any such payment or transfer, and the justification for and consequences of any such payment or transfer.

2a. The funding requirements of the Fourth Amended Plan and all funds available to the Debtors or potentially available to the Debtors to satisfy such funding requirements, including through potential borrowing.

2b. The funding requirements of the business of the Debtors following confirmation and all funds available to the Debtors or potentially available to the Debtors to satisfy such funding requirements, including through potential borrowing.

3. The amount of funding required under each of the Debtors' Proposed Plans and the explanation for the difference in funding between each of the Proposed Plans.

4. How and by whom it was determined that the Tendered Funds were required to fund the Debtors' Fourth Amended Plan and any analysis done to support the contention that use of the Tendered Funds was required to fund the Debtors' Fourth Amended Plan.

5. Any contingency plan considered by the Debtors (even if rejected) to be used if the Tendered Funds are not available to fund the Fourth Amended Plan.

6. Each and every settlement discussion, negotiation, offer, proposal, counter-proposal, request, or demand in which the Debtors have been involved to settle any and all claims asserted by the Producers.

7. How the releases of J. Aron, BP, and Conoco by the Debtors and the Producers with respect to the $122 million in Tendered Funds that were discussed at the Bankruptcy Court

5

hearing on October 8, 2009 are intended to operate in practice and how J. Aron, BP, and Conoco are to be protected against double liability.

Dated: October 8, 2009

ASHBY & GEDDES, P.A.

/s/
Don A. Beskrone (#4380)
Amanda M. Winfree (#4615)
500 Delaware Avenue
Wilmington, Delaware 19899
Telephone: 302-654-1888
Fax: 302-654-2067

-and-

Thomas J. Moloney (Admitted *Pro Hac Vice*)
Boaz S. Morag (Admitted *Pro Hac Vice*)
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, New York 10006
Telephone: 212-225-2000
Fax: 212-225-3999

*Counsel to J. Aron & Company*

-and-

WOMBLE CARLYLE SANDRIDGE & RICE, PLLC

/s/ Francis A. Monaco, Jr.
Francis A. Monaco, Jr. (#2078)
Kevin J. Mangan (#3810)
222 Delaware Avenue, Suite 1501
Wilmington, Delaware 19801
Telephone: 302-252-4361

-and-

Phillip G. Eisenberg (Admitted *Pro Hac Vice*)
LOCKE LORD BISSELL & LIDDELL LLP
3400 JPMorgan Chase Tower
600 Travis Street
Telephone: 713-226-1200
Fax: 713-229-2536

*Counsel to ConocoPhillips Company*

-and-

KELLEY DRYE & WARREN LLP

/s/ James S. Carr
James S. Carr (JC 1603)
Thomas B. Kinzler
David Zalman
101 Park Avenue
New York, NY 10178
Telephone: 212-808-7800
Fax: 212-808-7897

*Counsel to BP Oil Supply Company*

## ATTACHMENT A

1. Any and all documents concerning Topic 1 in the Amended Notice.

2. Any and all documents concerning Topics 2a and 2b in the Amended Notice.

3. Any and all documents concerning Topic 3 in the Amended Notice.

4. Any and all documents concerning Topic 4 in the Amended Notice.

5. Any and all documents concerning Topic 5 in the Amended Notice.

6. Any and all documents concerning Topic 6 in the Amended Notice.

7. Any and all documents concerning Topic 7 in the Amended Notice.